**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES HOELZEL,<br><br>        Plaintiff,<br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>        Defendant. | CASE NO. 5:23-cv-02496-CBM (SP)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND AGREED PROPOSED ORDER**<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate: Hon. Sheri Pym<br>Filed: 11/27/2023 |

Plaintiff, Charles Hoelzel and Defendant PRINCESS CRUISE LINES, LTD. hereby file this stipulation of dismissal with prejudice. Each party will bear its own costs and fees. Attached hereto is an agreed proposed Order.

DATED: June 30, 2025

                                                                MALTZMAN & PARTNERS

By: _____          By:   *s/ Jeffrey Maltzman*
    Arthur J. Travieso                                Jeffrey B. Maltzman
    *Attorneys for Plaintiff*                        *Attorneys for Defendant*
    *Charles Hoelzel*                                *Princess Cruise Lines Ltd.*