JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOELZEL,<br><br>   Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>   Defendants. | CASE NO.: 5:23-cv-02496-CBM-SP<br><br>**ORDER [38]**<br><br>Judge: Hon. Consuelo B. Marshall<br>Magistrate: Hon. Sheri Pym<br>Filed: 12/15/2023 |

The Court is in receipt of the Parties' Joint Stipulation of Dismissal.

**IT IS HEREBY ORDERED**:

Plaintiff's Amended Complaint is dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: <u>June 30, 2025</u>           _____

            CONSUELO B. MARSHALL
            UNITED STATES DISTRICT JUDGE